# Olney Federal Savings and Loan Association *v.* Fishman et al., Appellant.

Argued December 15, 1958. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

*Samuel J. Marks,* for appellant.

*Clelland Leigh Mitchell,* for appellee.

OPINION PER CURIAM, March 18, 1959:

The six judges who heard the argument of this case being equally divided in opinion, the judgment of the court below is affirmed.